LITTLE SISTERS OF THE POOR d/b/a Jeanne Jugan Center, Appellant,

v.

MISSOURI DEPARTMENT OF SOCIAL SERVICES, et al., Respondents.

No. WD 45363.

Missouri Court of Appeals, Western District.

April 28, 1992.

Harvey M. Tettlebaum, Paul H. Gardner, Husch & Eppenberger, Jefferson City, for appellant.

Steven M. Kuntz, Dept. of Social Services–Div. of Legal Services, Jefferson City, for respondents.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from a judgment affirming an order of the Administrative Hearing Commission which dismissed a petition seeking an increase in the reimbursement rate for a nursing home.

Affirmed. Rule 84.16(b).